IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JEREMY JAMES ODOM,
    Petitioner,

vs.                                          Case No.: 3:18cv1328/MCR/EMT

STATE OF FLORIDA,
    Respondent.
_____/

**REPORT AND RECOMMENDATION**

Petitioner commenced this action by filing a habeas petition under 28 U.S.C. § 2254 (ECF No. 1). On May 11, 2018, Petitioner was given thirty (30) days in which to submit a completed motion to proceed in forma pauperis or pay the filing fee in the amount of $5.00 (*see* ECF No. 6). Petitioner failed to respond to the order; therefore, on June 19, 2018, the court issued an order requiring Petitioner to show cause, within thirty (30) days, why this action should not be dismissed for failure to comply with an order of the court (ECF No. 7). The time for compliance with the show cause order has now elapsed and Petitioner has failed to pay the filing fee, submit a motion to proceed in forma pauperis, or explain his failure to comply.

Accordingly, it is respectfully **RECOMMENDED**:

That this case be **DISMISSED without prejudice** for Petitioner's failure to comply with an order of the court.

At Pensacola, Florida, this 7th day of August 2018.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of objections shall be served upon all other parties.  If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636**.